Koeltl, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 9-22-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PASQUALE A. LA PIETRA, Individually and :
on Behalf of All Others Similarly Situated, :
:
                Plaintiff, :
: 09 Civ. 7439 (JGK)
       v. :
: **STIPULATION AND**
RREEF AMERICA, L.L.C., DEUTSCHE ASSET : **ORDER EXTENDING**
MANAGEMENT, INC., DWS RREEF REAL : **TIME TO RESPOND**
ESTATE FUND, INC., DWS RREEF REAL : **TO THE COMPLAINT**
ESTATE FUND II, INC., MICHAEL G. :
CLARK and PAUL H. SCHUBERT, :
:
                Defendants. :
---------------------------------------------------------------X

      The parties to this action, by and through their counsel, hereby agree as follows:

      1.    Plaintiff shall have sixty (60) days from the date that the Court enters an order appointing lead plaintiff and lead counsel under the Private Securities Litigation Reform Act within which to file a consolidated complaint or notify Defendants that it does not intend to file a consolidated complaint.

      2.    Defendants shall have sixty (60) days from the date Plaintiff serves its consolidated complaint, or notice that it does not intend to file a consolidated complaint, to move, answer, or otherwise respond with respect to the operative complaint. Defendants have no obligation at this time to move, answer, or otherwise respond to the original Complaint For Violation Of The Federal Securities Laws.

      3.    If the Defendants move to dismiss the complaint or any consolidated complaint, plaintiff shall have sixty (60) days from the receipt of Defendants' motion to file an opposition thereto.

      4.    Following the receipt of Plaintiff's opposition, Defendants shall have forty-five (45) days to file a reply brief in support of their motion to dismiss.

      The parties to this stipulation respectfully request that the Court approve the time table set forth above. The parties represent that no previous extensions of time have been requested or granted.

Dated: September 16, 2009

| Plaintiff<br>By his attorneys, | Defendants<br>By their attorneys, |
|---|---|
| ~~Paul O. Paradis~~<br>~~Michael A. Schwartz~~<br>~~Frank R. Schirripa~~<br>HORWITZ, HORWITZ & PARADIS,<br>ATTORNEYS AT LAW<br>405 Lexington Avenue, 61st Floor<br>New York, New York 10174<br>Tel: (212) 986-4500<br>Fax: (212) 986-4501 | A. Robert Pietrzak<br>Andrew W. Stern<br>Alex J. Kaplan<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599 |
| Darren J. Robbins<br>David C. Walton<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101-3301<br>Tel: (619) 231-1058<br>Fax: (619) 231-7423 | COUNSEL FOR RREEF AMERICA, L.L.C.,<br>DEUTSCHE ASSET MANAGEMENT, INC.,<br>DWS RREEF REAL ESTATE FUND, INC.,<br>DWS RREEF REAL ESTATE FUND II, INC.,<br>MICHAEL G. CLARK and PAUL H.<br>SCHUBERT |
| COUNSEL FOR PASQUALE A. LA PIETRA | John D. Donovan, Jr. (JD 8743)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, Massachusetts 02110-2624<br>Telephone: (617) 951-7566<br>Facsimile: (617) 235-0023<br><br>COUNSEL FOR DWS RREEF REAL<br>ESTATE FUND, INC. and DWS RREEF<br>REAL ESTATE FUND II, INC. |

IT IS SO ORDERED:

/s/ John G. Koeltl

Hon. John G. Koeltl
United States District Judge

Dated: 9/21/09

Before serving and filing any motion to dismiss the defendants are required to seek a pre-motion conference and bring this Order to the attention of the Court. So ordered. 9/21/09

/s/ John G. Koeltl
U.S.D.J.