UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PASQUALE A. LA PIETRA, Individually and : Civil Action No. 1:09-cv-07439-JGK
on Behalf of All Others Similarly Situated, :
: CLASS ACTION
                    Plaintiff,              :
                                            : [~~PROPOSED~~] ORDER APPOINTING LEAD
    vs.                                     : PLAINTIFFS AND APPROVING OF
                                            : SELECTION OF CO-LEAD COUNSEL
RREEF AMERICA, L.L.C., et al.,              :
                                            :
                    Defendants.             :
---------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 12/3/09

{00017206.1}

Having considered the motion of Pasquale A. La Pietra and Barry King for appointment as Lead Plaintiffs and approval of selection of Co-Lead Counsel, and the memorandum of law and Declaration of Frank Schirripa in support thereof, and good cause appearing therefore:

1. Pasquale A. La Pietra and Barry King are hereby appointed Lead Plaintiffs for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firms of Horwitz, Horwitz & Paradis and Coughlin Stoia Geller Rudman & Robbins LLP are hereby appointed Co-Lead Counsel.

IT IS SO ORDERED.

DATED: 12/2/09

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

*The Clerk is directed to close Docket No. 7.*

*So ordered.*

*12/2/09*

*U.S.D.J.*