

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PASQUALE A. LA PIETRA, Individually and
on Behalf of All Others Similarly Situated,

                          Plaintiff,

                          v.

RREEF AMERICA, L.L.C., DEUTSCHE ASSET
MANAGEMENT, INC., DWS RREEF REAL
ESTATE FUND, INC., DWS RREEF REAL
ESTATE FUND II, INC., MICHAEL G.
CLARK and PAUL H. SCHUBERT,

                          Defendants.
-----------------------------------------------------------X

09 Civ. 7439 (JGK)

**STIPULATION AND**
**SCHEDULING ORDER**

      Whereas the Court held a Status Conference on December 2, 2009, and directed the parties to submit a stipulation reflecting the schedule Ordered by the Court during the Status Conference;

      Therefore, the parties to this action, by and through their counsel, hereby stipulate as follows:

      1.    Lead Plaintiffs shall file a First Amended Complaint on **December 23, 2009**.

      2.    Defendants shall move, answer, or otherwise respond with respect to the First Amended Complaint on **February 8, 2010**.

      3.    In the event that Defendants move to dismiss the First Amended Complaint, Lead Plaintiffs shall either (a) file a Second Amended Complaint on **March 1, 2010**; or (b) file their opposition to Defendants' motion to dismiss on **March 10, 2010.**

      4.    In the event that Lead Plaintiffs file an opposition to Defendants' motion to dismiss, Defendants shall file their reply brief in further support of their motion on **March 25, 2010**.

      5.    In the event that Lead Plaintiffs file a Second Amended Complaint, Defendants shall file their motion to dismiss the Second Amended Complaint on **March 31, 2010**.

      6.    Lead Plaintiffs shall file their opposition thereto on **April 30, 2010**.

7. Defendants shall file a reply in further support of their motion to dismiss on May 17, 2010.

The parties to this Stipulation respectfully request that the Court approve the schedule set forth above.

Dated: New York, New York
December ⬚, 2009

Plaintiffs
By their attorneys,

_____
Michael A. Schwartz
Frank R. Schirripa
HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW
405 Lexington Avenue, 61st Floor
New York, New York 10174
Tel: (212) 986-4500
Fax: (212) 986-4501

Darren J. Robbins
Douglas Britton (*pro hac* pending)
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423

CO- LEAD COUNSEL FOR THE CLASS

SO ORDERED:

_____
U.S.D.J.

12/8/09. IT IS SO ORDERED:

Defendants
By their attorneys,

_____
A. Robert Pietrzak
Andrew W. Stern
Alex J. Kaplan
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

COUNSEL FOR RREEF AMERICA, L.L.C.,
DEUTSCHE ASSET MANAGEMENT, INC.,
DWS RREEF REAL ESTATE FUND, INC.,
DWS RREEF REAL ESTATE FUND II, INC.,
MICHAEL G. CLARK and PAUL H.
SCHUBERT

_____ / WITH PERMISSION
John D. Donovan, Jr.
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7566
Facsimile: (617) 235-0023

COUNSEL FOR DWS RREEF REAL
ESTATE FUND, INC. and DWS RREEF
REAL ESTATE FUND II, INC.

_____
Hon. John G. Koeltl
United States District Judge

Dated: _____