```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PASQUALE A. LA PIETRA, ET AL.,

                          Plaintiffs,

-against-

RREEF AMERICA, L.L.C., ET AL.,
                          Defendants.
-----------------------------------------------------------X

09 CIVIL 7439 (JGK)

**JUDGMENT**

Defendants having moved to dismiss the amended complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on September 14, 2010, having rendered its Opinion and Order granting defendants' motion to dismiss the amended complaint, and directing the Clerk to enter judgment dismissing this action and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2010, defendants' motion to dismiss the amended complaint is granted; accordingly, this action is dismissed and the case is closed.

**Dated:** New York, New York
          September 21, 2010

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                   BY:

                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____